**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-27412-RAR**

**LUIS LAZARO**
**CARDENAS GONZALEZ**,

Petitioner,

v.

**WARDEN, KROME NORTH**
**PROCESSING CENTER**,

Respondent.
______________________________/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** comes before the Court on *pro se* Petitioner Luis Lazaro Cardenas Gonzalez's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, [ECF No. 1], filed on October 16, 2026.[1] Since Petitioner has paid the Clerk's filing fee, *see* Clerk's Notice of Receipt, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Respondent shall file a memorandum of fact and law ("Response") to show cause why the Petition should not be granted on or before **November 3, 2026**. The Response must be accompanied by an appendix which shall include copies of all relevant exhibits, documents, and transcripts necessary for resolution of the Petition.[2] The Response must address all procedural and merits-based issues pertinent to Petitioner's claim.

[1] "Under the 'prison mailbox rule,' a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009) (citations omitted). "Absent evidence to the contrary, [the Court assumes] that a prisoner delivered a filing to prison authorities on the date that he signed it." *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (alteration added; citation omitted).

[2] Respondent shall review this Court's prior opinions in the immigration context in preparing its Response and address them to the extent they are applicable. *See e.g., Sylvaince v. Warden, Miami Federal Detention*

2. If Respondent fails to show good cause, the Court may grant Petitioner's requested relief, provided there exists support thereof in the record.

3. Petitioner may, but is not required to, file a reply within **seven (7) days** after Respondent files its Response to the Petition. Any such reply shall not exceed **ten (10) pages**. *See* S.D. Fla. L.R. 7.1(c). No other pleadings will be allowed.

4. This case shall be **CLOSED for administrative purposes only** pending briefing of the Petition.

**DONE AND ORDERED** in Miami, Florida, this 21st day of October, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: Luis Lazaro Cardenas Gonzalez, *pro se*
counsel of record

*Center FDC, E.K. Carlton, et al.*, No. 26-23991, 2026 WL 2568522, at *3 (S.D. Fla. Aug. 31, 2026); *Ibarra v. U.S. Dep't of Homeland Sec. Immigr. & Customs Enf't & Removal Operations Miami Field Off.*, No. 26-22501, 2026 WL 1893606 (S.D. Fla. May 7, 2026); *Grigorian v. Bondi*, No. 25-22914, 2025 WL 1895479 (S.D. Fla. July 8, 2025); *Mafundu v. Mayorkas*, 699 F. Supp. 3d 1310 (S.D. Fla. 2023); *Echeverri v. U.S. Citizenship & Immigr. Servs.*, No. 23-21711, 2023 WL 5350810 (S.D. Fla. Aug. 21, 2023).